_____

No. 96-1949
_____

Marc Perkel,                        *
                                    *
          Appellant,                *
                                    *  Appeal from the United States
     v.                             *  District Court for the
                                    *  Western District of Missouri.
The Supreme Court of Missouri,      *
Disciplinary Counsel,               *        [UNPUBLISHED]
                                    *
          Appellee.                 *

_____

          Submitted:  September 16, 1996

             Filed:  September 20, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Marc Perkel appeals from the district court's[1] dismissal of his civil
rights action against the Supreme Court of Missouri Disciplinary Counsel
for failure to state a claim.  After careful review of the record, we
affirm for the reasons stated in the district court's Order Granting Motion
To Dismiss.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The HONORABLE ORTRIE D. SMITH, United States District Judge
for the Western District of Missouri.